

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00720-CV

**IN RE** Stephen Patrick **BLACK**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: November 30, 2022

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 28, 2022, relator filed a petition for writ of mandamus complaining of the trial court's failure to rule on his constitutional challenge motion. On November 10, 2022, relator filed a motion to dismiss his petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In the Commitment of Stephen Patrick*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.